UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAVANNA L. BINDER,<br><br>　　　　　　　　Defendant. | 9:21-po-5044-KLD<br><br>Ticket Numbers : 9379441, 9379442, 9379443<br>Location Code : M26<br><br>ORDER AND JUDGMENT |

　　　　On June 2, 2022, Havanna Binder appeared before the Court and entered a plea of guilty to the following charges: (1) unattended personal property in violation of 43 C.F.R. § 8365.1-2(b), as set forth in violation notice 9379443. At the time of Defendant's appearance, the United States moved to dismiss violation notices 9379441 and 9379442. Accordingly,

　　　　**IT IS ORDERED** that Violation Numbers 9379441 and 9379442 are **DISMISSED.**

　　　　**IT IS FURTHER ORDERED** that for Violation Number F4864443, Defendant must pay a $10 special assessment and $30 processing fee for a total amount due of $40.

　　　　Defendant shall pay this amount in two monthly installments of $20 each. Defendant's first payment is due on or before July 1, 2022 and her second payment is due on or before August 1, 2022.

　　　　Defendant may pay the amount due by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU,

P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that for Violation Number 9379443, Defendant shall be jointly and severally liable with Brian Thompson for paying restitution to the Forest Service in the amount of $148.02. This amount shall be due in five monthly installments of $25 each, and a final payment of $23.02. Defendant's first payment is due on or before January 5, 2023 and all subsequent payments are due on the 5th day of each month thereafter until the restitution amount is paid in full.

Defendant is directed to send her restitution payments to the following address:

> U.S. Clerk of Court
> P.O. Box 8537
> Missoula, MT 59807

The Clerk of Court is directed to disburse the restitution to:

> USDA Forest Service
> Albuquerque Serv Ctr
> Claims
> 101B Sun Ave. NE
> Albuquerque, NM 87109

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule,

subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 2nd day of June, 2022.

Kathleen L. DeSoto
United States Magistrate Judge